<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **HHC PORTLAND AL, L.P.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **None** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **Tax ID: 80-0665409** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **600 N. Pearl Street, Suite 1100** <br> **Dallas, TX 75201** <br> Number, Street, City, State & ZIP Code <br><br> **Dallas** <br> County | **Mailing address, if different from principal place of business** <br><br> **600 N. Pearl Street, Suite 1100** <br> **Dallas, TX 75201** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☑ Other. Specify: **Limited Partnership** | |

Debtor    **HHC PORTLAND AL, L.P.**                                    Case number (*if known*) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**7. Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**6231**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See Attached Schedule 1**                    Relationship _____
District _____  When _____    Case number, if known _____

Debtor    **HHC PORTLAND AL, L.P.**          Case number (*if known*) _____
       Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **HHC PORTLAND AL, L.P.**         Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2019**
            MM / DD / YYYY

**X** /s/ Kevin O'Halloran                    Kevin O'Halloran
Signature of authorized representative of debtor        Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X** /s/ Trey A. Monsour                  Date  **May 20, 2019**
Signature of attorney for debtor                     MM / DD / YYYY

**Trey A. Monsour**
Printed name

**Polsinelli PC**
Firm name

**2950 N. Harwood Street,
Suite 2100
Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone  **713-374-1643**        Email address  **tmonsour@polsinelli.com**

**14277200 TX**
Bar number and State

| Debtor Name | Case No. | EIN |
|---|---|---|
| Alief SCC LLC | 18-33987 | 0523 |
| Bandera SCC LLC | 18-33989 | 0617 |
| Baytown SCC LLC | 18-33992 | 0778 |
| Beltline SCC LLC | 18-33996 | 7264 |
| Booker SCC LLC | 18-33999 | 0967 |
| Bossier SCC LLC | 18-34003 | 2017 |
| Bradford SCC LLC | 18-34004 | 9535 |
| Brinker SCC LLC | 18-34005 | 7304 |
| Brownwood SCC LLC | 18-33968 | 0677 |
| Capitol SCC LLC | 18-34006 | 1750 |
| CapWest-Texas LLC | 18-34008 | 4897 |
| Cedar Bayou SCC LLC | 18-34010 | 8889 |
| Clear Brook SCC LLC | 18-34012 | 1877 |
| Colonial SCC LLC | 18-34014 | 4385 |
| Community SCC LLC | 18-33969 | 7951 |
| Corpus Christi SCC LLC | 18-34016 | 9807 |
| Crestwood SCC LLC | 18-34017 | 7349 |
| Crowley SCC LLC | 18-33970 | 6697 |
| CTLTC Real Estate, LLC | 18-34018 | 0202 |
| Fairpark SCC LLC | 18-34020 | 7381 |
| Gamble Hospice Care Central LLC | 18-34022 | 6688 |
| Gamble Hospice Care Northeast LLC | 18-34025 | 6661 |
| Gamble Hospice Care Northwest LLC | 18-34027 | 2044 |
| Gamble Hospice Care of Cenla LLC | 18-34029 | 4510 |
| Green Oaks SCC LLC | 18-33971 | 7218 |
| Harbor Lakes SCC LLC | 18-33972 | 7299 |
| Harden HUD Holdco LLC | 18-34032 | 1502 |
| Harden Non-HUD Holdco LLC | 18-34035 | 3391 |
| Harden Pharmacy LLC | 18-34036 | 1995 |
| Hearthstone SCC LLC | 18-34037 | 9154 |
| Hewitt SCC LLC | 18-33973 | 7237 |
| HG SCC LLC | 18-34040 | 7415 |
| Hill Country SCC LLC | 18-34043 | 4199 |
| Holland SCC LLC | 18-33974 | 1427 |
| Hunters Pond SCC LLC | 18-34045 | 2886 |
| Jacksonville SCC LLC | 18-34046 | 4216 |
| La Hacienda SCC LLC | 18-34049 | 1074 |
| Lakepointe SCC LLC | 18-34050 | 7457 |
| Major Timbers LLC | 18-34052 | 7477 |
| Marlandwood East SCC LLC | 18-34054 | 1871 |
| Marlandwood West SCC LLC | 18-34058 | 2192 |
| Meadow Creek SCC LLC | 18-34064 | 9278 |
| Midland SCC LLC | 18-34065 | 4231 |
| Mill Forest Road SCC LLC | 18-34066 | 5137 |
| Mission SCC LLC | 18-33975 | 8086 |
| Mullican SCC LLC | 18-34067 | 7499 |

| | | |
|---|---|---|
| Mystic Park SCC LLC | 18-34068 | 1898 |
| Normandie SCC LLC | 18-34069 | 1542 |
| Onion Creek SCC LLC | 18-34070 | 7425 |
| Park Bend SCC LLC | 18-34071 | 9410 |
| Pasadena SCC LLC | 18-34072 | 1694 |
| Pecan Tree SCC LLC | 18-34073 | 4241 |
| Pecan Valley SCC LLC | 18-34074 | 9585 |
| Pleasantmanor SCC LLC | 18-34075 | 7536 |
| PM Management - Allen NC LLC | 18-34076 | 4961 |
| PM Management - Babcock NC LLC | 18-34077 | 7829 |
| PM Management - Cedar Park NC LLC | 18-34078 | 1050 |
| PM Management - Corpus Christi NC II LLC | 18-34079 | 5231 |
| PM Management - Corpus Christi NC III LLC | 18-34080 | 5129 |
| PM Management - Corsicana NC II LLC | 18-34081 | 9281 |
| PM Management - Corsicana NC III LLC | 18-34082 | 9353 |
| PM Management - Corsicana NC LLC | 18-34083 | 1333 |
| PM Management - Denison NC LLC | 18-34084 | 5022 |
| PM Management - El Paso I NC LLC | 18-34085 | 2965 |
| PM Management - Fredericksburg NC LLC | 18-34086 | 0599 |
| PM Management - Frisco NC LLC | 18-34087 | 5082 |
| PM Management - Garland NC LLC | 18-33979 | 5137 |
| PM Management - Golden Triangle NC I LLC | 18-33980 | 9478 |
| PM Management - Golden Triangle NC II LLC | 18-33981 | 9536 |
| PM Management - Golden Triangle NC III LLC | 18-33982 | 9597 |
| PM Management - Golden Triangle NC IV LLC | 18-33983 | 9654 |
| PM Management - Killeen I NC LLC | 18-33984 | 3105 |
| PM Management - Killeen II NC LLC | 18-33985 | 3179 |
| PM Management - Killeen III NC LLC | 18-33986 | 3245 |
| PM Management - Lewisville NC LLC | 18-33988 | 5296 |
| PM Management - New Braunfels NC LLC | 18-33990 | 6293 |
| PM Management - Park Valley NC LLC | 18-33991 | 7186 |
| PM Management - Pflugerville AL LLC | 18-33993 | 4007 |
| PM Management - Portfolio IX NC LLC | 19-30253 | 1841 |
| PM Management – Portfolio V NC, LLC | 19-30249 | 2086 |
| PM Management - Portfolio VI NC LLC | 19-30250 | 5354 |
| PM Management - Portfolio VII NC LLC | 19-30251 | 9728 |
| PM Management - Portfolio VIII NC LLC | 19-30252 | 3048 |
| PM Management - Portland AL LLC | 18-33994 | 5018 |
| PM Management - Portland NC LLC | 18-33995 | 4928 |
| PM Management - Round Rock AL LLC | 18-33997 | 5304 |
| PM Management - San Antonio AL LLC | 19-34021 | 4609 |
| PM Management - San Antonio NC LLC | 18-33998 | 1216 |
| Presidential SCC LLC | 18-34000 | 1913 |
| Redoak SCC LLC | 18-33976 | 7569 |
| Riverside SCC LLC | 18-34001 | 1889 |
| Round Rock SCC LLC | 18-34002 | 8936 |
| Rowlett SCC LLC | 18-34007 | 7606 |

| | | |
|---|---|---|
| Ruston SCC LLC | 18-34009 | 0242 |
| RW SCC LLC | 18-34011 | 7631 |
| Sagebrook SCC LLC | 18-34013 | 9571 |
| San Angelo SCC LLC | 18-34015 | 4254 |
| San Antonio SCC, LLC | 19-30261 | 4923 |
| SCC Edinburg LLC | 18-34019 | 1195 |
| SCC Hospice Holdco LLC | 18-34021 | 0104 |
| SCC Senior Care Investments LLC | 18-34023 | 4123 |
| SCC Socorro LLC | 18-34024 | 5459 |
| Senior Care Center Management II LLC | 18-34026 | 1280 |
| Senior Care Center Management LLC | 18-34028 | 7811 |
| Senior Care Centers Home Health, LLC | 18-34030 | 1931 |
| Senior Care Centers LLC | 18-33967 | 8550 |
| Senior Rehab Solutions LLC | 18-34031 | 4829 |
| Senior Rehab Solutions North Louisiana LLC | 18-34033 | 1690 |
| Shreveport SCC LLC | 18-34034 | 1659 |
| Solutions 2 Wellness LLC | 18-34038 | 4065 |
| South Oaks SCC LLC | 18-34039 | 8002 |
| Springlake ALF SCC LLC | 18-34041 | 2436 |
| Springlake SCC LLC | 18-34042 | 9102 |
| Stallings Court SCC LLC | 18-33977 | 7393 |
| Stonebridge SCC LLC | 18-34044 | 9234 |
| Stonegate SCC LLC | 18-33978 | 3005 |
| Summer Regency SCC LLC | 18-34047 | 7782 |
| TRISUN Healthcare LLC | 18-34048 | 2497 |
| Valley Grande SCC LLC | 18-34051 | 1341 |
| Vintage SCC LLC | 18-34053 | 7710 |
| West Oaks SCC LLC | 18-34055 | 9535 |
| Western Hills SCC LLC | 18-34056 | 1922 |
| Weston Inn SCC LLC | 18-34057 | 7871 |
| Westover Hills SCC LLC | 18-34059 | 3303 |
| Whitesboro SCC LLC | 18-34060 | 7745 |
| Windcrest SCC LLC | 18-34061 | 9541 |
| Windmill SCC LLC | 18-34062 | 8067 |
| Wurzbach SCC LLC | 18-34063 | 9920 |

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF SENIOR CARE CENTERS, LLC

May _11th_, 2019

Under the provisions of the Second Amended and Restated Limited Liability Company Agreement of Senior Care Centers, LLC (the "**Company**"), a limited liability company duly organized and validly existing under the laws of the State of Delaware, as amended, and the Delaware Limited Liability Company Act, as amended, effective as of the date written above, the undersigned constituting all members of the Board of Directors (the "**Board**") and the Board of each of the Company's subsidiaries, hereby consent in writing that the following resolutions be adopted and direct that this consent be filed with the Company's (and each of the Company's subsidiaries') official minutes, to have the same force as a unanimous vote of the Directors (and the directors of each of the Company's subsidiaries) at a meeting duly held this date:

**WHEREAS**, the Board has considered presentations by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Company and 120 of its affiliates filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") on December 4, 2018 in the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**"), and an additional 8 of its affiliates filed voluntary petitions for relief under the provisions of chapter 11 of the Bankruptcy Code on January 21, 2019 in the Bankruptcy Court.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed voluntary petitions for relief for each of the Company's additional affiliates listed on the attached Schedule 1 and collectively referred to herein as the "**Chapter 11 Cases**" under the provisions of chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

**RESOLVED**, that the Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

1

**RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all members of the Board of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

**RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by resolution of the Board; and it is further

**RESOLVED,** that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member, or managing member of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

This Consent may be signed in one or more counterparts, each of which shall be deemed an original, and all of which shall constitute one instrument.

*[Remainder of Page Intentionally Left Blank]*

68517918.1

**IN WITNESS WHEREOF,** the undersigned have executed this Consent effective as of the date first set forth above.

_____

Alan Munday, Chairperson


_____

David Stewart


_____

Gideon Argov


_____

Timothy J. Hughes


_____

Michael Wyse

3

**IN WITNESS WHEREOF**, the undersigned have executed this Consent effective as of the date first set forth above.

/s/ Alan Munday (with authority by email dated May 11, 3019)

_____

**Alan Munday, Chairperson**

_____

**David Stewart**

_____

**Gideon Argov**

*Timothy Hughes*
_____

**Timothy J. Hughes**

_____

**Michael Wyse**

68517918.1

IN WITNESS WHEREOF, the undersigned have executed this Consent effective as of the date first set forth above.

_____
Alan Munday, Chairperson

_____
David Stewart

_____
Gideon Argov

_____
Timothy J. Hughes

_____
Michael Wyse

3

IN WITNESS WHEREOF, the undersigned have executed this Consent effective as of the date first set forth above.

_____

**Alan Munday, Chairperson**


_____

**David Stewart**


_____

**Gideon Argov**


_____

**Timothy J. Hughes**


_____

**Michael Wyse**

3

**IN WITNESS WHEREOF**, the undersigned have executed this Consent effective as of the date first set forth above.

_____
Alan Munday, Chairperson


_____
David Stewart


_____
Gideon Argov


_____
Timothy J. Hughes


_____
Michael Wyse

3

## Schedule 1

Company and Affiliates

1. HHC PORTLAND AL, L.P.

Trey A. Monsour
State Bar No. 14277200
Polsinelli PC
2950 N. Harwood, Suite 2100
Dallas, Texas 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
tmonsour@polsinelli.com

Jeremy R. Johnson (*Pro Hac Vice* Pending)
Polsinelli PC
600 3rd Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
jeremy.johnson@polsinelli.com

COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SENIOR CARE CENTERS, LLC, *et al.*, | Case No. 18-33967 (BJH) |
| Debtors. | (Jointly Administered) |

## CONSOLIDATED LIST OF CREDITORS WHO HAVE THE 40 LARGEST
## UNSECURED CLAIMS AND ARE NOT INSIDERS

The above-captioned debtor and its debtor affiliates (collectively, the "**Debtors**") hereby certify that the *Consolidated List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* submitted herewith contains the names and addresses of the Debtors' consolidated top 40 unsecured creditors (the "**Top 40 List**"). The list has been prepared from the Debtors' unaudited books and records as of the Petition Date. The Top 40 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 40 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims. The information presented in the Top 40 List shall not constitute an admission by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| Debtor name | **Senior Care Centers LLC** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF TEXAS** | |
| Case No. (If known) | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Sabra Health Care Reit, Inc.<br>353 N Clark, Ste 2900<br>Chicago, IL 60654 | Sabra Health Care Reit, Inc.<br>Tel: 888-393-8248<br>Email: Bchappell@Sabrahealth.Com<br>Bhealey@Sabrahealth.Com | Rent | | | | $31,785,032.13 |
| 2  Healthcare Services Group Inc<br>3220 Tillman Dr Ste 300<br>Bensalem, PA 19020 | Healthcare Services Group Inc<br>Tel: 267-525-8551<br>Email: Jotoole@Hcsgcorp.Com | HSG | | | | $7,963,956.84 |
| 3  Omnicare, Inc.<br>P.O. Box 715276<br>Columbus, OH 43271-5276 | Omnicare, Inc.<br>Tel: 480-765-6353<br>Email: Susan.Vallone@Cvshealth.Com | Pharmacy | | | | $7,040,541.07 |
| 4  Medline Industries Inc<br>Dept 1080<br>P.O. Box 121080<br>Dallas, TX 75312-1080 | Medline Industries Inc<br>Tel: 800-388-2147<br>Email: Finance@Medline.Com | Trade | | | | $3,151,957.78 |
| 5  Recovercare LLC<br>P.O. Box 936446<br>Atlanta, GA 31193-6446 | Recovercare LLC<br>Tel: 800-826-0270<br>Email: Billing@Joemsrecovercare.Com | Trade | | | | $2,259,824.04 |

Debtor name **Senior Care Centers LLC** _____ Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Direct Supply<br>P.O. Box 88201<br>Milwaukee, WI 53288-0201 | Direct Supply<br>Tel: 888-433-3224 | Supplies | | | | $1,406,964.18 |
| 7   Schryver Medical Sales And Marketing, LLC<br>12075 East 45Th Ave<br>Suite 600<br>Denver, CO 80239 | Schryver Medical Sales And Marketing, LLC<br>Tel: 800-638-3240 | Trade | | | | $1,382,300.38 |
| 8   Acadian Ambulance Services, Inc.<br>P.O. Box 92970<br>Lafayette, LA 70509 | Acadian Ambulance Services, Inc.<br>Tel: 800-259-3333 | Transport | | | | $836,859.51 |
| 9   Sedgwick CMS<br>175 W. Jackson<br>Suite 700<br>Chicago, IL 60604 | Sedgwick CMS<br>Tel: 713-914-3238 | Trade | | | | $811,236.45 |
| 10  Specialized Medical Services, Inc.<br>7237 Solution Center<br>Chicago, IL 60677-7002 | Specialized Medical Services, Inc.<br>Tel: 800-786-3656 | Trade | | | | $755,222.84 |
| 11  Diagnostic Laboratories & Radiology<br>2820 N Ontario St.<br>Burbank, CA 91504-2015 | Diagnostic Laboratories & Radiology<br>Tel: 818-549-1880 | Trade | | | | $536,447.30 |
| 12  Mobilexusa (DSSI)<br>930 Ridgebrook Road 3rd Floor<br>Sparks, MD 21152 | Mobilexusa (DSSI)<br>Tel: 800-388-2147 | Trade | | | | $477,200.57 |

Debtor name **Senior Care Centers LLC**                    Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 Pharmerica<br>P.O. Box 409251<br>Atlanta, GA 30384-9251 | Pharmerica<br>Tel: 800-722-3005 | Pharmacy | | | | $401,318.39 |
| 14 Seqirus USA, Inc.<br>P.O. Box 934973<br>3585 Atlanta Ave<br>Hapeville, GA 30354 | Seqirus USA, Inc.<br>Tel: 855-358-8966<br>Email:<br>Usainc.Accountsreceivable@Seqirus.Com | Trade | | | | $333,126.39 |
| 15 Centurylink<br>P.O. Box 52187<br>Phoenix, AZ 85072-2187 | Centurylink<br>Tel: 865-465-2313 | Telephone | | | | $324,315.96 |
| 16 Pointclickcare Technologies, Inc.<br>P.O. Box 674802<br>Detroit, MI 48267-4802 | Pointclickcare Technologies, Inc.<br>Tel: 800-277-5889 | Trade | | | | $305,072.46 |
| 17 San Antonio North Knoll LLC<br>10960 Wilshire Blvd, 5Th Fl<br>Los Angeles, CA 90024 | San Antonio North Knoll LLC<br>Email: Dbellis@Nksf.Com;<br>Nsm12Lmu@Yahoo.Com;<br>Tokum@Picoainc.Com | Rent | | | | $276,686.29 |
| 18 Hidalgo Healthcare Realty<br>5647 New Copeland Rd<br>Tyler, TX 75703 | Hidalgo Healthcare Realty<br>Email: Lparker@Sciconstruction-Tx.Com | Rent | | | | $250,951.87 |
| 19 Cedar Park Healthcare LLC<br>21726 Hardy Oak Blvd<br>San Antonio, TX 78258 | Cedar Park Healthcare LLC<br>Email:<br>Jsmithers@Smithersconstruction.Com,<br>Lwhite@Smithersconstruction.Com | Rent | | | | $227,424.00 |

Debtor name **Senior Care Centers LLC**                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 Performance Food Group - Temple P.O. Box 951641 Dallas, TX 75395-1641 | Performance Food Group - Temple Tel: 800-375-3606 | Food | | | | $205,982.24 |
| 21 Belfor Usa Group, Inc. 4820 Ih 35 North Waco, TX 76705 | Belfor Usa Group, Inc. Tel: 254-799-8400 Email: Lori.Ballard@Us.Belfor.Com | Trade | | | | $200,000.00 |
| 22 GPDP Development Ltd. 610 Towson Avenue Fort Smith, AR 72901 | GPDP Development Ltd. Email: Jana.Mundy@Gpfsm.Com | Rent | | | | $189,170.32 |
| 23 BKD, LLP Attn: Accounts Receivable P.O. Box 1190 Springfield, MO 65801-1190 | BKD, LLP Tel: 417-866-5822 Email: Bbowmaster@Bkd.Com | Trade | | | | $184,535.00 |
| 24 Century Healthcare LLC CHC Companion P.O. Box 3280 Grapevine, TX 76099-3280 | Century Healthcare LLC | Insurance | | | | $175,991.18 |
| 25 OLP Wyoming Springs LLC c/o One Liberty Properties, Inc. 60 Cuttermill Rd, Suite 303 Great Neck, NY 11021 | OLP Wyoming Springs LLC Email: Pchachlani@1Liberty.Com | Rent | | | | $169,370.52 |
| 26 ADP, Inc. P.O. Box 842875 Boston, MA 02284-2875 | ADP, Inc. Tel: 800-225-5237 | Trade | | | | $164,817.69 |

Debtor name **Senior Care Centers LLC**    Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 Staples Business Advantage (DSSI) 500 Staples Drive Framingham, MA 01702 | Staples Business Advantage (DSSI) Tel: 877-826-7755 Email: John.Jones3@Staples.Com | Supplies | | | | $153,040.47 |
| 28 Presto-X / Rentokil Sterite P.O. Box 13848 Reading, PA 19612 | Presto-X / Rentokil Sterite Tel: 877-764-0007 Email: Nationalcollections@Rentokil.Com | Trade | | | | $143,727.29 |
| 29 Colonial Life Accident & Insurance Co Processing Center P.O. Box 1365 Columbia, SC 29202-1365 | Colonial Life Accident & Insurance Co Tel: Email: | Insurance | | | | $138,876.78 |
| 30 PC Connection Sales Dba Connections P.O. Box 536472 Pittsburgh, PA 15253-5906 | PC Connection Sales Tel: 800-800-0011 Email: | Trade | | | | $130,583.12 |
| 31 GB&P Lubbock Ltd 610 Towson Avenue Fort Smith, AR 72901 | GB&P Lubbock Ltd Email: Jana.Mundy@Gpfsm.Com | Rent | | | | $125,094.22 |
| 32 Clinical Resources LLC 3338 Peachtree Road, Ne Suite 102 Atlanta, GA 30326 | Clinical Resources LLC Tel: 404-343-7227 Email: | Contractor | | | | $123,787.07 |

Debtor name **Senior Care Centers LLC**

Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 33  AHS-Medrec, Inc. D/B/A Medrec<br>P.O. Box 732800<br>Dallas, TX 75373-2800 | AHS-Medrec, Inc. D/B/A Medrec<br>Tel: 888-740-4341<br>Email: | Contractor | | | | $118,702.72 |
| 34  CEU360<br>5048 Tennyson Parkway<br>Suite 200<br>Plano, TX 75024 | CEU360<br>Tel: 800-554-2387<br>Email: | Trade | | | | $110,792.00 |
| 35  HD Supply Facilities Maintenance<br>P.O. Box 509058<br>San Diego, CA 92150-9058 | HD Supply Facilities Maintenance<br>Tel: 800-798-8888<br>Email: | Trade | | | | $103,050.31 |
| 36  Staples Promotional Products<br>Bin #150003<br>P.O. Box 790322<br>St. Louis, MO 63179-0322 | Staples Promotional Products<br>Tel: 469-262-4548<br>Email: | Trade | | | | $102,126.56 |
| 37  CNA Deductible Recovery Group<br>P.O. Box 6065-02<br>Hermitage, PA 16148-1068 | CNA Deductible Recovery Group<br>Tel: 888-999-1365<br>Email: | Trade | | | | $100,000.00 |
| 38  Ogletree Deakins<br>P.O. Box 89<br>Columbia, SC 29202 | Ogletree Deakins<br>Tel: 864-241-1900<br>Email: | Trade | | | | $98,319.99 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims        Page 6

Debtor name   **Senior Care Centers LLC**                              Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 39  Navarro Snf Development, LP 9840 Jacksboro Hwy Ft. Worth, TX 76135 | Navarro Snf Development, LP Email: Mcdonnellconst@Gmail.Com; Mcdonnellbuildersmf@Gmail.Com | Rent | | | | $95,839.00 |
| 40  Trinity Tile And Stone 3705 Tarragona Lane Austin, TX 78727 | Trinity Tile And Stone Email: | Trade | | | | $87,667.48 |

Fill in this information to identify the case:

Debtor name    HHC PORTLAND AL, L.P.

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 40 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007AND 7007.1

Pursuant to Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the below debtor and debtor in possession respectfully represent that the following corporations directly or indirectly own 10% or more of any class of its equity interests.

| Entity | Ownership |
|---|---|
| HHC Portland AL, LP | Capwest-Texas, LLC (1%) |
| | Harden Healthcare, LLC (99%) |

66985997.1

Fill in this information to identify the case:

Debtor name   **HHC PORTLAND AL, L.P.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

### Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑  Other document that requires a declaration   **Consolidated Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 20, 2019**     X **/s/ Kevin O'Halloran**
                                            Signature of individual signing on behalf of debtor

                                            **Kevin O'Halloran**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy